JUDGE PHILIP MARTINEZ

FILED
2009 JUL -1  PM 5: 28
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____fm_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | CRIMINAL NO. EP-09-CR- |
| Plaintiff, | § | |
| v. | § | **INDICTMENT** |
| **RAYMOND RIVERA,** | § | CT 1: 21:952(a)-Importation of a Controlled Substance; |
| Defendant. | § | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |

**EP09CR1915**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about June 9, 2009, in the Western District of Texas, Defendant,

**RAYMOND RIVERA,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

**COUNT TWO**
(21 U.S.C. § 841(a)(1))

That on or about June 9, 2009, in the Western District of Texas, Defendant,

**RAYMOND RIVERA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY


BY: _____
    Assistant U.S. Attorney