PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JUDGE PHILIP MARTINEZ
EP09CR1915

| SEALED: _____ | | UNSEALED  XX  |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: July 1, 2009 | MAG CT #: 09-3742-MC | FBI #: |
| CASE NO: EP-09-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: **RAYMOND RIVERA** | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: US | INTERPRETER NEEDED: | LANGUAGE: |
| DEFENSE ATTORNEY: Eduardo N. Lerma | | EMPLOYED  X  <br> APPOINTED ___ |

DEFENDANT IS: Custody
    ADDRESS: El Paso County Detention Facility

| DATE OF ARREST: June 9, 2009 | BENCH WARRANT: No |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CT 1:** 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
**CT 2:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE

OFFENSE IS: FELONY

MAXIMUM SENTENCE:  5 YRS (NO MIN MANDATORY)/$250,000/AT LEAST 2 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS:  ICE - Oscar Hernandez

WDT-Cr-3